**Steven LESTER, Plaintiff–Appellant,**

v.

**PERRY CORRECTIONAL INSTITUTION; In Employee LT Church; In Employee Dho Tuner, a/k/a Truner, Defendants–Appellees.**

No. 12–6600.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 26, 2012.

Steven Lester, Appellant Pro Se.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

---

**292**

PER CURIAM:

Steven Lester seeks to appeal the district court's order adopting the magistrate judge's recommendation and dismissing without prejudice one defendant in Lester's 42 U.S.C. § 1983 (2006) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Lester seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*